**PIERSON FERDINAND LLP**
Jill A. Guldin, Esq. (No. 93657)
1650 Market Street, 36th Floor
Philadelphia, Pennsylvania 19103
Telephone: (856) 896-4096
Facsimile: (856) 494-1566
Email: jill.guldin@pierferd.com
*Counsel for Defendant, Freedom Forever, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES E. SHELTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FREEDOM FOREVER, LLC,<br><br>　　　　Defendant. | No. 2:24-cv-04333-GJP<br><br>**NOTICE OF APPEARANCE** |

**To:**   The Honorable Clerk of the Court and All Counsel of Record

**PLEASE TAKE NOTICE** that I, Jill A. Guldin, Esq., of Pierson Ferdinand LLP, am admitted to practice in this Court, and hereby enter my appearance in this case as counsel for defendant Freedom Forever, LLC. I respectfully request that copies of all papers and electronic notices in this action be served upon me at jill.guldin@pierferd.com.

　　　　　　　　　　　　　　　　　　　　*/s/ Jill A. Guldin*
　　　　　　　　　　　　　　　　　　　　PIERSON FERDINAND LLP
　　　　　　　　　　　　　　　　　　　　Jill A. Guldin, Esq. (No. 93657)
　　　　　　　　　　　　　　　　　　　　1650 Market Street, 36th Floor
　　　　　　　　　　　　　　　　　　　　Philadelphia, Pennsylvania 19103
　　　　　　　　　　　　　　　　　　　　Telephone: (856) 896-4096
　　　　　　　　　　　　　　　　　　　　Facsimile: (856) 494-1566
　　　　　　　　　　　　　　　　　　　　Email: jill.guldin@pierferd.com
Dated: September 4, 2024　　　　　　　　*Counsel for Defendant Freedom Forever, LLC*

## **CERTIFICATE OF SERVICE**

I certify that on September 4, 2024, I filed the foregoing Notice of Appearance with the Court's Electronic Case Filing (ECF) system, which will send a Notice of Electronic Filing (NEF) to, and thereby effect service upon, all parties through their counsel of record.

*/s/ Jill A. Guldin*
Jill A. Guldin, Esq.
Pierson Ferdinand LLP
