IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES E. SHELTON,<br><br>        Plaintiff,<br><br>v.<br><br>FREEDOM FOREVER, LLC,<br><br>        Defendant. | No. 2:24-cv-04333-GJP |

**JOINT STIPULATION TO EXTEND THE TIME FOR
DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that:

1. The time for Defendant to answer, move, or otherwise respond to Plaintiff's Complaint is extended from September 11, 2024 to, and including, October 2, 2024.

2. The stipulated 21-day extension will not prejudice any party, and is entered in good faith and not for the purposes of delay.

3. No prior extensions have been granted.

| | |
|---|---|
| */s/ Jill A. Guldin* | */s/ Andrew Roman Perrong, Esq.* |
| Jill A. Guldin (Pa. ID 93657) | Andrew Roman Perrong, Esq. (Pa. ID 333687) |
| Pierson Ferdinand, LLP | Perrong Law LLC |
| 1650 Market Street, 36th Floor | 2657 Mount Carmel Avenue |
| Philadelphia, PA 19103 | Glenside, PA 19038 |
| Telephone: (609) 896-4096 | Telephone: (215) 225-5529 |
| Facsimile: (856) 494-1566 | Facsimile: (888) 329-0305 |
| Email: jill.guldin@pierferd.com | Email: a@perronglaw.com |
| *Attorneys for Defendant, Freedom Forever, LLC* | *Attorneys for Plaintiff, James E. Shelton* |

Dated: September 4, 2024    APPROVED BY THE COURT:

_____
Hon. Gerald J. Pappert, U.S.D.J.