# EXHIBIT F

**EJ-100**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, address, and State Bar number):<br>After recording, return to:<br>Richard O. Evanns, Esq. (SBN: 277442)<br>Evanns Collection Law Firm<br>3731 Wilshire Blvd., Suite 514<br>Los Angeles, CA 90010<br><br>TEL NO.: (213) 292-6888   FAX NO. (optional): (213) 784-5439<br>E-MAIL ADDRESS (Optional): enforcements@rocketmail.com<br>[X] ATTORNEY FOR   [ ] JUDGMENT CREDITOR   [X] ASSIGNEE OF RECORD |
|---|

| UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA |
|---|
| STREET ADDRESS: 350 West 1st Street |
| MAILING ADDRESS: 350 West 1st Street |
| CITY AND ZIP CODE: Los Angeles, 90012 |
| BRANCH NAME: First Street Courthouse |

FOR RECORDER'S OR SECRETARY OF STATE'S USE ONLY

| PLAINTIFF: CHRISTOPHER SAMUEL | CASE NUMBER: |
| DEFENDANT: EVE ARON | 2:23-cv-07728 |

| ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT<br>[X] FULL   [ ] PARTIAL   [ ] MATURED INSTALLMENT | FOR COURT USE ONLY |
|---|---|

1. Satisfaction of the judgment is acknowledged as follows:
   a. [X] Full satisfaction
      (1) [ ] Judgment is satisfied in full.
      (2) [X] The judgment creditor has accepted payment or performance other than that specified in the judgment in full satisfaction of the judgment.
   b. [ ] Partial satisfaction
      The amount received in partial satisfaction of the judgment is $
   c. [ ] Matured installment
      All matured installments under the installment judgment have been satisfied as of (date):

2. Full name and address of judgment creditor:*
   James E. Shelton, 316 Covered Bridge Road, King of Prussia, PA 19406

3. Full name and address of assignee of record, if any:
   James E. Shelton, 316 Covered Bridge Road, King of Prussia, PA 19406

4. Full name and address of judgment debtor being fully or partially released:*
   Eve Aron, a/k/a Eve Ohayon, 5416 Medina Road, Woodland Hills, CA 91364

5. a. Judgment entered on (date): 08/22/2023
   b. [ ] Renewal entered on (date):

6. [ ] An [ ] abstract of judgment [ ] certified copy of the judgment has been recorded as follows (complete all information for each county where recorded):

   | COUNTY | DATE OF RECORDING | INSTRUMENT NUMBER |
   |---|---|---|

7. [ ] A notice of judgment lien has been filed in the office of the Secretary of State as file number (specify):

**NOTICE TO JUDGMENT DEBTOR:** If this is an acknowledgment of full satisfaction of judgment, it will have to be recorded in each county shown in item 6 above, if any, in order to release the judgment lien, and will have to be filed in the office of the Secretary of State to terminate any judgment lien on personal property.

Date: November 29, 2023

▶ *James E. Shelton* (signature)
(SIGNATURE OF JUDGMENT CREDITOR OR ASSIGNEE OF CREDITOR OR ATTORNEY**)

*The names of the judgment creditor and judgment debtor must be stated as shown in any Abstract of Judgment which was recorded and is being released by this satisfaction. ** A separate notary acknowledgment must be attached for each signature.

| Form Approved for Optional Use<br>Judicial Council of California<br>EJ-100 [Rev. July 1, 2014] | **ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT** | Page 1 of 1<br>Code of Civil Procedure, §§ 724.060,<br>724.120, 724.250 |

# NOTARY ACKNOWLEDGEMENT

COMMONWEALTH OF PENNSYLVANIA,

MONTGOMERY COUNTY,

On  November 29, 2023 , before me,

Thomas Kohler ,

(notary)

personally appeared, James Shelton ,

(signer)

(personally known to me)

-- OR --

proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument

WITNESS my hand and official seal

_____

(notary signature)

Commonwealth of Pennsylvania - Notary Seal
THOMAS JOSEPH KOHLER, Notary Public
Montgomery County
My Commission Expires September 7, 2025
Commission Number 1250731

My Commission Expires: 9-7-2025