**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JAMES E. SHELTON,<br><br>    Plaintiff,<br><br>    v.<br><br>FREEDOM FOREVER, LLC,<br><br>    Defendant. | No. 2:24-cv-04333-GJP |

**ORDER**

AND NOW this ____ day of _____, 2024, upon consideration of defendant Freedom Forever, LLC's Partial Motion to Dismiss and Transfer Case to the United States District Court for the Central District of California, it is ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that (1) Plaintiff's request for attorneys' fees is DISMISSED; and (2) this case is hereby TRANSFERRED to the United States District Court for the Central District of California pursuant to 28 U.S.C. § 1404(a), for the convenience of parties and witnesses or in the interests of justice.

BY THE COURT:

_____
HON. GERALD J. PAPPERT
*Judge, United States District Court*